**No. 10-9661. Jeffrey Gray, Petitioner v. United States.**

564 U.S. 1014, 131 S. Ct. 3015, 180 L. Ed. 2d 839, 2011 U.S. LEXIS 4391.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 954, 131 S. Ct. 2138, 179 L. Ed. 2d 924, 2011 U.S. LEXIS 2964.